First Department. December 24, 1909.) Action by Owen Hymes against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. E. J. McGrossin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

IANDORIO, Appellant, v. AMERICAN SILK DYEING & FINISHING CO., Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Giuseppe Iandorio, as administrator, against the American Silk Dyeing & Finishing Company. R. Maggio, for appellant. B. L. Pettigrew, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and MILLER, JJ., dissent.

In re ICKELHEIMER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Henry R. Ickelheimer. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal as stated in order. Order filed.

INNIS, SPEIDEN & CO., Appellants, v. NEVINS, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Innis, Speiden & Co. against Thomas A. Nevins. A. C. Rowe, for appellants. A. Benedict, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents, on the ground that the complaint should not have been dismissed.

INTERNATIONAL CHEESE CO., Respondent, v. PHENIX CHEESE CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the International Cheese Company against the Phenix Cheese Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 118 App. Div. 499, 103 N. Y. Supp. 362.

ISAACS et al., Appellants, v. ILLINOIS SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Lewis M. Isaacs and others against the Illinois Surety Company. L. G. Rosenblatt, for appellants. B. G. Oppenheim, for respondent.

PER CURIAM. Order modified, by striking out the provision with respect to the right to serve an amended answer, and by simply providing that the proceedings in this action be stayed pending the appeal to this court from the judgment, and, as modified, affirmed, with $10 costs and disbursements to the appellants. Settle order on notice.

IVERS, Respondent, v. CONTINENTAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Jennie Ivers against the Continental Casualty Company. No opinion. Judgment and order affirmed, with costs.

JOHN D. PARKS & SONS v. HUBBARD et al. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by John D. Parks & Sons against Charles Hubbard and others. No opinion. Motion granted. Settle order on notice. See, also, 134 App. Div. 468, 119 N. Y. Supp. 347; Id., 119 N. Y. Supp. 352.

JONES, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by A. Stanley Jones against John H. Davis and others. P. Bonynge, for appellant. G. W. Glaze, for respondents. No opinion. Order modified as stated in order, and, as modified, affirmed, without costs. Order filed.

JONES, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by A. Stanley Jones against John H. Davis and others. P. Bonynge, for appellant. G. W. Glaze, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES, Appellant, v. SABIN, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by G. Edwin Jones against Harriet G. Sabin. Lenney, McGuire & Co., for appellant. M. W. Littleton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 666, 107 N. Y. Supp. 508.

JORDAN, Respondent, v. CROFOOT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Edward S. Jordan against Peter J. Crofoot, impleaded. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

JOSEPH et al., Appellants, v. SCHWARZSCHILD & SULZBERGER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Moses H. Joseph and another against the Schwarzschild & Sulzberger Company and others. A. Benedict, for appellants. S. M. Stroock, for respondents.

PER CURIAM. Order modified, by striking out the provision for an extra allowance, and by allowing taxable costs and disbursements to the individual defendants only as a condition of discontinuing the action, and, as so modified, affirmed, without costs. Settle order on notice.

KARACZKOWSKI, Respondent, v. MERCHANTS' & SHIPPERS' WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Peter Karaczkowski against the Merchants' & Shippers' Warehouse Company. No

opinion. Judgment and order affirmed, with costs.

---

KAZMAN, Respondent, v. LYONS BEET SUGAR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Doris Kazman against the Lyons Beet Sugar Company. S. Pierson, for appellant. M. Shlivek, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KEHOE v. RIESENBERG et al. (Supreme Court, Appellate Term. January 27, 1910.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by John Kehoe against Adolph Riesenberg, Edwin Von Der Horst Koch, and William T. Koch, copartners under the name of H. C. F. Koch & Co. Plaintiff had judgment, and defendants appeal. Affirmed, on condition that judgment be reduced. C. Monteith Gilpin, for appellants. Emerich Kohn, for respondents.

DAYTON, J. Action for injuries to plaintiff's horse, caused by defendants' negligence. Answer, general denial. Pleadings verified. Amount claimed, $250. Jury rendered a verdict for $75. Defendants appeal. No motion was made to dismiss at the close of the whole case. Plaintiff was driving his express wagon down Fifth avenue at about 3½ miles per hour. Some automobile stages were coming up Fifth avenue. Near Eightieth street there was a tangle. Defendants' wagon, moving at the rate of about six miles an hour, struck the hind wheel of plaintiff's wagon and threw plaintiff's horse to the ground, and one of the automobiles went over its left foreleg. The horse was shot. The court charged the usual rules of law applicable to the case at bar. Defendants made no requests, nor took any exceptions. The question of damages remains to be disposed of. Plaintiff was the only witness as to value. He bought the horse when in a decrepit condition from "mange," and treated it with carbolic sponge baths until it became restored. This treatment, including feed and labor, he said cost $150, and that the horse was reasonably worth $250. He was an interested witness, and his estimate of value must, therefore, be cautiously considered, even had he stated his unqualified opinion of its value. Taking the most favorable view to which plaintiff is entitled we are of opinion that the judgment must be reversed and a new trial ordered on the ground of excessive damages, unless the plaintiff shall stipulate to reduce the damage to the sum of $35. Judgment reversed, and new trial ordered, with costs to appellants to abide the event, unless the plaintiff stipulates within five days to reduce the judgment to the sum of $35 and appropriate costs in the court below, in which event the judgment, as modified, is affirmed, without costs to either party upon this appeal.

GIEGERICH, J., concurs in result. LEHMAN, J., votes for affirmance.

---

KELLER FARMER CO., Appellant, v. WATSON, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by the Keller Farmer Company against Jesse Watson. S. P. Goldman, for appellant. J. B. Doyle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KELLY, Respondent, v. DOUBLEDAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Frank P. Kelly, as trustee, etc., against Robert B. Doubleday and another. No opinion. Judgment unanimously affirmed, with costs.

---

KERNS, Respondent, v. DAVENPORT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by James Kerns against Charles M. Davenport. No opinion. Judgment affirmed, with costs.

---

KETCHAM, Respondent, v. KETCHAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Cornelius Ketcham against James R. Ketcham and another.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground, among others, that the conclusions of law are not supported by the findings of fact.

---

KEVILLE, Respondent, v. KEVILLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Elizabeth L. Keville against Peter E. Keville. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 122 App. Div. 388, 106 N. Y. Supp. 993.

---

KINCAID, Respondent, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by James J. Kincaid against the Chapter General of America, Knights of St. John and Malta. L. M. King, for appellant. H. C. Lake, for respondent. No opinion. Determinations affirmed, with costs, with leave to defendant to appeal to the Court of Appeals, if it so desires. Orders filed.

---

KLEIN, Appellant, v. VOGEL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Margareta Klein against Louis Vogel. A. P. Wagener, for appellant. F. N. Van Zandt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

KLINCK, Respondent, v. KEPPY, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Jacob C. Klinck, as trustee, etc., against Frederick B. Keppy. No opinion.